UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PROBATTER SPORTS, LLC** | : | |
| | : | |
| **Plaintiff,** | : | No. 05-cv-1975 |
| | : | |
| v. | : | |
| | : | July 5, 2022 |
| **SPORTS TUTOR, INC.** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER GRANTING MOTION TO STAY

The stay is granted conterminous with the Irrevocable Standby Letter of Credit, [Dkt. 580-2 (Ex.B)], until July 12, 2023 and shall be automatically renewed without amendment on a continuous basis for a period of one (1) year, unless at least sixty (60) days prior to July 12 of each successive year, Sports Tutor is notified in writing by certified mail, return receipt requested, that the Irrevocable Standby Letter of Credit will not be extended, provided alternate security reasonably satisfactory to Probatter is posted prior to the expiration of the Irrevocable Standby Letter of Credit.

IT IS SO ORDERED.

                                                                                                                                                                    **Hon. Vanessa L. Bryant**
                                                                                                                                                                    United States District Judge

**Dated this day in Hartford, Connecticut: July 5, 2022**